# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMIDA SUAREZ HERNANDEZ, | Case No. 1:17-cv-00483-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | **(Doc. 2)** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On April 5, 2017, Plaintiff Armida Suarez Hernandez filed a complaint, (Doc. 1), and an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, (Doc. 2). Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. (*See id.*)

Accordingly, the Court hereby ORDERS the following:

1. Plaintiff's application to proceed *in forma pauperis*, (Doc. 2), is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons; and
3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this Order upon Defendant as directed by Plaintiff.

IT IS SO ORDERED.

Dated: **April 12, 2017**       /s/ *Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE